IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3033 |
| | ) | |
| v. | ) | |
| | ) | |
| JASON W. EDNEY and | ) | MEMORANDUM AND ORDER |
| BRITNEY J. EDNEY, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant, Jason W. Edney, has moved to continue the pretrial motion deadline (filing no. 20), because his counsel needs additional time to fully review the discovery received before deciding if pretrial motions should be filed. Neither the government, nor co-defendant, Britney J. Edney, oppose the requested continuance.

Accordingly,

IT IS ORDERED:

1)    The defendant's motion to continue (filing no. 20), is granted.

2)    **As to both defendants**, pretrial motions and briefs shall be filed on or before July 20, 2012.

3)    **As to both defendants**, the trial of this case is continued pending resolution of any pretrial motions filed.

4)    The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial. **As to both defendants**, the additional time arising as a result of the granting of the motion, the time between June 6, 2012 and July 20, 2012 shall be deemed excludable time in any computation of time under the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A).

DATED this 6th day of June, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge