IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JASON W. EDNEY, BRITNEY J. EDNEY,<br><br>　　　　　　　Defendants. | 4:12CR3033<br><br>**MEMORANDUM AND ORDER** |

　　　　The defendants have moved to continue the pretrial motion deadline, (filing nos. 23 and 24), because defense counsel need additional time to fully review the discovery received before deciding if pretrial motions should be filed. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

　　　IT IS ORDERED:

1)　　The defendants' motions to continue, (filing nos. 23 and 24), are granted.

2)　　Pretrial motions and briefs shall be filed on or before August 17, 2012.

3)　　The ends of justice served by granting the motions to continue outweigh the interests of the public and the defendants in a speedy trial. Accordingly, the additional time arising as a result of the granting of the motion, the time between today's date and August 17, 2012, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsels' due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7).

　　July 20, 2012.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge